# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. Cr-23-1019 (MEF) |
| Khalil Kelley | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the defendant, Khalil Kelley, as appointed as CJA co-counsel

Date: 05/09/2024

*Attorney's signature*

James B. Seplowitz, JS2956
*Printed name and bar number*
Foy & Seplowitz, LLC
105 Main Street
Hackensack, NJ

*Address*

jseplowitz@foyseplowitz.com
*E-mail address*

(201) 457-0071
*Telephone number*

(201) 457-0072
*FAX number*